UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

STEVEN L. KORNBLATT

            Plaintiff,

v.

HAWKEYE CONSTRUCTION INC.,
INFRASTRUX GROUP, LLC and
WILLBROS PROJECT SERVICES (U.S.), LLC,
d/b/a Willbros Utility T&D

            Defendants.

Case No. 1:11-cv-06011-KAM-SMG

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for the parties in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice, and without fees or costs to any party as against the other. Each party shall bear their or its own costs and attorneys' fees.

This stipulation may be filed without further notice with the Clerk of the Court.

Respectfully submitted,

_____
Paul J. Siegel, Esq.
JACKSON LEWIS LLP
58 South Service Road, Suite 410
Melville, NY 11747

*Attorneys for Defendants*

Dated: 7/5/12

_____
Penn Dodson, Esq.
GOLDBERG & DOHAN, LLP
275 Madison Ave., Suite 705
New York, NY 10016

*Attorneys for Plaintiff*

Dated: 7/5/12

SO ORDERED:

_____
U.S.D.J

Dated: _____